IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01035-RPM-KLM

ROBBIN GILL,

    Plaintiff,

v.

POWELL LAW OFFICE, P.C.,

    Defendant.
_____

## ORDER FOR ENTRY OF JUDGMENT
_____

    Pursuant to Recommendation of United States Magistrate Judge Kristen L. Mix, filed September 20, 2012, and no objection having been filed, it is

    ORDERED that the findings and conclusions in the recommendation are accepted and incorporated by this reference and it is therefore

    ORDERED that final judgment shall enter awarding the plaintiff statutory damages in the amount of $1,000.00 and attorney's fees in the amount of $1,500.00, for a total of $2,500.00 with costs to be taxed upon the filing of a bill of costs.

    DATED: October 19th, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge