IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01035-RPM-KLM

ROBBIN GILL,

    Plaintiff,

v.

POWELL LAW OFFICE, P.C.,

    Defendant.

_____

FINAL JUDGMENT
_____

    Pursuant to the Entry of Judgment entered by Senior Judge Richard P. Matsch on October 19, 2012, it is

    ORDERED AND ADJUDGED that final judgment is entered awarding the plaintiff statutory damages in the amount of $1,000.00 and attorney's fees in the amount of $1,500.00, for a total of $2,500.00 with costs to be taxed upon the filing of a bill of costs within 14 days from the date of this judgment.

    DATED: October 19th, 2012

                      FOR THE COURT:

                      JEFFREY P. COLWELL, Clerk

                          s/M. V. Wentz
                      By_____
                            Deputy